CAPES • SOKOL • GOODMAN • SARACHAN • PC
ATTORNEYS AT LAW

• PIERRE LACLEDE CENTER
7701 FORSYTH BOULEVARD
TWELFTH FLOOR
ST. LOUIS, MISSOURI 63105-1818
PHONE 314-721-7701
FAX 314-721-0554
WWW.CAPESSOKOL.COM

GARY R. SARACHAN
DIRECT DIAL: 314-505-5440
DIRECT FACSIMILE: 314-505-5441
EMAIL: SARACHAN@CAPESSOKOL.COM

August 10, 2012

VIA EMAIL cgillette@lathropgage.com
AND ORIGINAL BY U.S. MAIL

Clayton Gillette, Esq.
Lathrop & Gage, LLP
7701 Forsyth Blvd., Suite 500
Clayton, MO 63105

Re:     Passwords and Moon Rock Technologies

Dear Clayton:

Despite what the NCD tech says, Jim and Lori did not move the mail servers to Google as they have no ability to move mail servers. There is a gmail account set up for Missouri Running Co. Jim, Lori, Jason, Doug, Kim, Bryan and the "info@morunco.com" accounts are all set up under the gmail account. According to my clients, the NCD tech would be the only entity that could "move" servers. They are the host for the domain names and are paid monthly to do so. Further, my clients do not know the password for the administrator of that account. My clients did set up the gmail account and have the password log on. As soon as it is agreeable for Lori and Jim to delete their accounts, your clients will receive the password log on. To date, Lori has not deleted her account as the Facebook page was set up under that account, and she did not want to shut down the page.

Moon Rock Group spun off from NCD Tech who initially set up the web page and who hosts the web domains. Moon Rock Group was the web designer and search engine optimization company. Moon Rock Group did all the "behind the scenes" coding, slide loading, page changing, FB updating, key search word optimizations, analytics, etc. Moon Rock Group worked with Lori (sometimes daily), and with Tracey also, keeping the images and text up to date and updating coded links (like the maps, etc.). There were no "passwords" or log on. Apparently when Anthony changed the access to the Missouri Running Wordpress edit site, Moon Rock could no longer access the page, nor could my clients.

C   S   G   S

Clayton Gillette, Esq.
August 10, 2012
Page 2

I trust this information answers your inquiry.

Yours truly,

Gary R. Sarachan

GRS/lmd