UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI – EASTERN DIVISION

| | |
|---|---|
| Missouri Running Co., LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:13-cv-00447-TIA |
| Ramon "Trey" Luina, III, | ) |
| Feet for Life Centers, PC, d/b/a Feet for Life Centers, | ) |
| RS Management Consultants, LLC, | ) |
| and, | ) |
| Lori Jean Stephenson and James T. Hixson, Husband and Wife, | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**

Plaintiff Missouri Running Company, LLC ("MORUNCO") submits this Motion to Dismiss with Prejudice in the matter between it and Ramon "Trey" Luina, III ("Luina"), Feet for Life Centers, PC, d/b/a Feet for Life Centers ("Feet for Life"), RS Management Consultants, LLC ("RS Management"), James Hixson ("Hixson"), and Lori Stephenson ("Stephenson"), stating as follows:

1. After this action was filed, the parties engaged in settlement negotiations.

2. The parties have reached a settlement amongst themselves which fully and finally settles the matters between the parties, wherein this matter should be dismissed with prejudice with each party to bear its own costs.

3.  In accordance with MORUNCO's settlement agreements with Luina, Feet for Life, RS Management, Hixson, and Stephenson, MORUNCO asks this Court to Dismiss this matter with prejudice each party to bear its own costs.

WHEREFORE, Missouri Running Company, LLC respectfully requests that this Court dismiss this matter, **with prejudice**, with each party to bear its own costs.

GILLETTE LAW OFFICE, LLC

/s/ Clayton E. Gillette
Clayton E. Gillette, #57869MO
2518 Lemay Ferry Road, Ste 1113
St. Louis, MO 63125
Telephone: (314) 266-9621
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of May, 2013, the foregoing was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| Alan J. Agathen, #12608, MBE #28273 | Bryan D. LeMoine, MBE#49784 |
| 130 So. Bemiston Ave., Ste 610 | 2730 N. Ballas Road, Ste 200 |
| St. Louis, MO 63105 | St. Louis, MO 63131 |
| agathenlaw@sbcglobal.net | lemoine@mcmahonberger.com |
| Attorney for Defendant Feet for Life | Attorney for Defendant Luina |

      I additionally certify that on this 24th day of May, 2013, the foregoing was mailed to the following counsel, via USPS First Class Mail, return service requested, with proper postage paid, and mailed electronically via e-mail in PDF format:

Gary Sarachan
7701 Forsyth Blvd, Twelth Floor
St. Louis, MO 63105-1818
Sarachan@capessokol.com
Attorney for Defendants RS Management, Hixson, and Stephenson

                                   /s/   Clayton E. Gillette