## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| Missouri Running Co., LLC, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 4:13-CV-00447 TIA |
| Ramon "Trey" Luina, III, et al. | ) ) |
| Defendants. | ) ) |

### CONSENT TO PLAINTIFF'S MOTION TO DISMISS

COMES NOW Defendant Trey Luina, by and through his counsel, Bryan LeMoine and the law firm of McMahon Berger PC, and consents to dismissal of all claims against him with prejudice.

Respectfully submitted,

McMAHON BERGER

/s/ Bryan D. LeMoine
Bryan D. LeMoine, MBE 49784
2730 North Ballas Road, Suite 200
St. Louis, MO 63131
(314) 567-7350
(314) 567-5968 (facsimile)
lemoine@mcmahonberger.com

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 29th day of May, 2013, the foregoing was electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Clayton E. Gillette
GILLETTE LAW OFFICE, LLC
100 North Broadway, 17th Floor
St. Louis, MO 63102
*Attorney for Plaintiff*

                 /s/ Bryan D. LeMoine